MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. B. SLADDEN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.sladden@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DENICE DIXON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | No. C-010-04220 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Case No C-10-4220 PJH - STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1  The plaintiff, Denice Dixon, ("Plaintiff") and the federal defendant United States of
2  America ("Federal Defendant") by and through their counsel stipulate to the following:
3  WHEREAS, the initial case management conference in this matter has been scheduled for
4  March 3, 2011 at 2:00 p.m. per Order of this Court;
5  WHEREAS, counsel for the Federal Defendant has a settlement conference scheduled for
6  March 3, 2011, that will conflict with the initial case management conference, and thus would
7  like to continue the initial case management conference;
8  ACCORDINGLY, the parties agree and stipulate and request as follows:
9  The initial case management conference currently scheduled for March 3, 2011 at 2:00
10 p.m. be continued to March 17, 2011 at 2:00 p.m. or a date convenient for the Court's calendar
11 after March 17, 2011.
12 So Stipulated.
13
14 DATED: January 19, 2011                    Respectfully submitted,
15                                            MELINDA HAAG
                                              United States Attorney
16
                                                  /s/ Melissa Sladden
17                                            _____
                                              MELISSA BROWN SLADDEN
18                                            Assistant United States Attorney
19 DATED: January 19, 2011
20                                            LARRY E. LULOFS
                                              Morton, Lulofs & Wood, LLP
21
22                                               /s/ Larry Lulofs
                                              _____
23                                            LARRY E. LULOFS
                                              Attorney for the Plaintiff
24
25
26
27
28

Case No C-10-4220 PJH - STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE

2

3

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the initial case management conference in this matter is continued from March 3, 2011 to March 17, 2011 at 2:00 p.m.

IT IS SO ORDERED

Dated: 1/26/11



PHYLLIS J. HAMILTON
United States District Court Judge

Case No C-10-4220 PJH - STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE