UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENICE DIXON, | No. C-10-04220-DMR |
| Plaintiff, | **ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the Stipulation and Proposed Order to Continue the Case Management Conference (*See* Docket No. 26). The Initial Case Management Conference that was previously scheduled on April 20, 2011 at 1:30 p.m. has been vacated. You are hereby notified that the Initial Case Management Conference and the hearing on Defendant's Motion for Judgment on the Pleadings are both set for **May 12, 2011** at **11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: April 15, 2011

_____
DONNA M. RYU
United States Magistrate Judge