William R. Morton (CSB # 43000)
Larry E. Lulofs (CSB # 88804)
MORTON, LULOFS & WOOD, LLP
180 Grand Avenue, Suite 1500
Oakland, CA 94612
Telephone: 510.628.0056
Facsimile: 510.444.8263

Attorneys for Plaintiff
DENICE DIXON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DENICE DIXON,<br>    Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>    Defendant. | Case No. C10-04220DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br>Date: June 16, 2011<br>Time: 11:00 a.m.<br>Location: Courtroom 4, 3rd Floor |

1

The plaintiff, Denice Dixon, ("Plaintiff") and the federal defendant, United States of America ("Federal Defendant"), by and through their counsel, hereby stipulate to the following:

WHEREAS, the hearing on Defendant's Motion for Judgment on the Pleadings in this matter has been scheduled by this court for June 16, 2011 at 11:00 a.m.;

WHEREAS, the initial case management conference in this matter is currently scheduled for June 16, 2011 at 11:00 a.m.

WHEREAS, counsel for the Plaintiff has ongoing treatments for illness which require him to keep a part time schedule at the moment, so needs additional time to complete Opposition to Defendant's Motion for Judgment on the Pleadings.

WHEREAS, on April 29, 2011, the parties submitted a Stipulation and Proposed Order to Continue the Defendant's Motion for Judgment on the Pleadings and proposed the following briefing schedule. The Plaintiff's opposition brief is due May12, 2011, and the Federal Defendant's reply brief is due May 26, 2011;

WHEREAS, on May 6, 2011, the Court issued an Order Resetting Hearing Date on Defendant's Motion for Judgment on the Pleadings and Initial CMC setting the following briefing schedule.  The Plaintiff's opposition brief is due May 16, 2011, and the Federal Defendant's reply brief is due May 23, 2011;

WHEREAS, counsel for the Federal Defendant will be out of the country during May 18, 2011 through May 22, 2011 and will not have sufficient time to prepare a reply brief pursuant to the briefing scheduled ordered on May 6, 2011;

ACCORDINGLY, the parties agree to following briefing schedule. The Plaintiff's opposition brief is due May 16, 2011, and the Federal Defendant's reply brief is due May 31, 2011.  The hearing on the Defendant's Motion for Judgment on the Pleadings will remain on June 16, 2011 11:00 a.m., and the Initial Case Management will remain on June 16, 2011 at 11:00 a.m.

So Stipulated.

                                      Respectfully submitted,

Date: May 9, 2011         MORTON, LULOFS & WOOD, LLP

                              BY:   /s/   Larry E. Lulofs
                                   LARRY E. LULOFS, Attorney for Plaintiff
                                   DENICE DIXON

Date: May 9, 2011

                                 MELINDA HAAG
                                 United States Attorney

                               /s/ Melissa Sladden
                                 _____
                               MELISSA BROWN SLADDEN
                               Assistant United States Attorney

## [PROPOSED] ORDER

The two Parties requesting, and good cause appearing, it is hereby ordered that the **Plaintiff's opposition brief is due May 16, 2011, and the Federal Defendant's reply brief is due May 26, 2011**.  It is further ordered that court hearing on Defendant's Motion for Judgment on the Pleadings, and the initial case management conference will take place on June 16, 2011 at 11:00 a.m. as set forth in the Court's order dated May 6, 2011. IT IS SO ORDERED.

Date:  __May 10_____, 2011          _____/s/ Donna M. Ryu_____

                                              Hon. Donna M. Ryu

                                              United States District Court Magistrate Judge